UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**HUNTER DAVID CASSIDY**     **CASE NO. 6:25-CV-00279**

**VERSUS**     **JUDGE DAVID C. JOSEPH**

**LAFAYETTE CITY MARSHAL'S OFFICE, ET AL**     **MAGISTRATE JUDGE AYO**

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 17], and after careful consideration of the OBJECTIONS TO THE REPORT AND RECOMMENDATION [Doc. 20] filed; determining that the Magistrate Judge's findings are correct under the applicable law;

IT IS ORDERED the following claims be DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim for which relief may be granted: Original Complaint Count 2, Original Complaint Count 3, Amended Complaint Counts I-V.

IT IS FURTHER ORDERED that the following defendants be DISMISSED WITH PREJUDICE: Kelly Mouisset, Myke M. Leblanc, Reggie Thomas and the Lafayette City Marshal's Office.

THUS DONE AND SIGNED in Chambers this 6th day of January, 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE